**Motion Granted and Abatement Order filed July 19, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00041-CV
_____

**DENBURY RESOURCES, INC. AND DENBURY ONSHORE, LLC,**
**Appellants**

**V.**

**GEMINI INSURANCE COMPANY, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-10397**

---

## ABATEMENT ORDER

On July 11, 2016, appellants filed an agreed motion to abate this appeal. The motion states the parties have negotiated a settlement in principle to settle the issues on appeal and requests that the appeal be abated for completion of the settlement. The motion is **GRANTED**. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **September 19, 2016.** The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM